| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE COURT OF APPEALS |
|---|---|---|
| | * | OF MARYLAND |
| v. | * | Misc. Docket AG No. 39, |
| FREDERICK ARTHUR LOVEJOY | * | September Term, 2019 |

# O R D E R

UPON CONSIDERATION of the Amended Petition for Disciplinary or Remedial Action filed by the Attorney Grievance Commission of Maryland filed pursuant to Maryland Rule 19-737 and 19-721, the Show Cause Order, Petitioner's Response to Show Cause Order, Respondent's Response to Show Cause Order, and the record herein, it is this 23rd day of January, 2020,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Frederick Arthur Lovejoy, be and he hereby is, REPRIMANDED for violating Rules 3.4 (c) and 4.4 (a) of the Maryland Lawyers' Rules of Professional Conduct.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Mary Ellen Barbera
Chief Judge